```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3110 |
| v. ) | |
| ) | |
| JOHN W. NORDEN, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

Defendant has moved for release to a long-term residential substance abuse program. Two things prevent the granting of the motion. First, the defendant's guilty plea has been accepted, and the provisions of 18 U.S.C. § 3143 preclude his release, barring extremely stringent circumstances. Second, there is no time before his sentencing to complete a "long-term" program, as they usually last at least four months, assuming his name could promptly rise to the top of the waiting list. Defendant's treatment may have to wait until he can participate in treatment in prison.

IT THEREFORE HEREBY IS ORDERED, the motion for treatment, filing 20, is denied.

DATED this 15th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge